UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHIDI EMMANUEL MEGWA,

    Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORECMENT FIELD OFFICE DIRECTOR,

    Respondent.

CASE NO. C23-1881 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 20, recommending that the Court grant the government's motion to dismiss, Dkt. 6, and dismiss this case without prejudice and deny any other motions as moot. *Id*. at 2.

Petitioner Chidi Emmanuel Megwa has not objected to the R&R.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and

ORDER - 1

recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

The R&R, Dkt. 20, is **ADOPTED**, the government's motion to dismiss, Dkt. 6, is **GRANTED,** and this case is **DISMISSED** without prejudice. Any other motions are denied as moot.

The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 22nd day of April, 2024.

BENJAMIN H. SETTLE
United States District Judge